IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Ephesus Capital Partners LLC | ) | Case No. 08-10425 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| | ) | Hearing Date: December 23, 2009 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

## DEBTOR'S MOTION FOR ENTRY OF ORDER OF FINAL DECREE AND CLOSING CASE

Ephesus Capital Partners LLC, by and through its attorneys, hereby presents this Motion For Entry of a Final Decree and Closing Case and in support thereof respectfully states as follows:

1. On October 25, 2008 Ephesus Capital Partners LLC ("Ephesus"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On June 3, 2009, an Order was entered approving Ephesus' Disclosure Statement and confirming its Plan of Liquidation.

3. Since the date of the Order Confirming the Plan Ephesus has resolved any issues concerning claims filed in its Chapter 11 and thereafter has begun distributing the funds to the creditors pursuant to the Plan of Liquidation. It is anticipated that by the date of the hearing that all funds will have been distributed.

1517741.1

WHEREFORE, Ephesus respectfully requests that this Court enter the attached order closing this case.

| | |
|---|---|
| Dated: December 17, 2009 | Ephesus Capital Partners LLC |
| | By: /s/ L. Judson Todhunter<br>L. Judson Todhunter<br>One of its proposed attorneys |

L. Judson Todhunter (ARDC# 2840510)
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 372-4000
Facsimile: (312) 939-5617

## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Ephesus Capital Partners LLC | ) | Case No. 08-10425 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| | ) | Hearing Date: December 23, 2009 |
| Debtor. | ) | Hearing Time: 10:30 A.M. |

## NOTICE OF MOTION

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that on December 23, 2009, at the hour of 10:30 A.M. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black, United States Bankruptcy Judge, in Courtroom 615 of the Everett McKinley Dirksen courthouse, 219 S. Dearborn Street, Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Debtor's Motion For Entry of Final Decree Closing Case,** a copy of which is hereby served upon you.

/s/ L. Judson Todhunter
L. Judson Todhunter

## CERTIFICATE OF SERVICE

I, L. Judson Todhunter, an attorney certify that I caused a copy of the above Notice and Motion to be served upon the parties named on the attached service list via first class mail by depositing the same in the U.S. Mail, proper postage prepaid, located at 200 S. Michigan Avenue, Chicago, IL on December 17, 2009.

/s/ L. Judson Todhunter
L. Judson Todhunter

L. Judson Todhunter (2840510)
Howard & Howard Attorneys PLLC
200 S. Michigan Ave., #1100
Chicago, IL 60604
Telephone: 312-372-4000
Fax: 312-939-5617

1517717.1

Ephesus Capital Partners LLC
Case No. 08-10425
Service List

ADT Security Services
POB 371956
Pittsburgh
Pittsburgh, PA 15250

ADT Security Services
POB 650485
Dallas, TX 75265

Alessandro Mina
C/O Sverica International
800 Boylston St, Ste 3325
Boston, MA 02199

All States Easton Services
POB 94258
Las Vegas, NV 89193

Art Leather
600 W John St
Hicksville, NY 11801

BabyChecks
1462 W 300 N
Greenfield, IN 46140

Bradford T Brown
140 Nagog Hill Rd
Acton, MA 01720

Buxton Company
2651 S Polaris Dr
Fort Worth, TX 76137

Callaway Ventures Inc

Cameron Electric
4771 N Franklin Rd
Indianapolis, IN 46226

Celebrity Kids India Private Ltd
A-7 Community Ctr Naraina
New Delhi 10028
India

Celebrity Kids-Naperville Inc
C/O Melissa Cassidy
2835 Showplace Dr Ste 137
Naperville, IL 60564

1517717.1

Cincinnati North Kids Portrait Stud
C/O Kierston Gray
38 Winston Kill
Fort Thomas, KY 41075

Citizens Gas
POB 7056
Indianapolis, IN 46207

CK Portraits Inc
C/O Craig Cola
Washingtonian Ct 225 Boardwalk Pl
Gaithersburg, MD 20878

Clay Terrace Partners
225 Washington St
Indianapolis, IN 46204

Cumberland Acct
4501 N Cumberland Ave
Ste C
Norridge, IL 60706

Easton Town Center LLC
C/O Steiner Properties
4200 Regent St, Ste 210
Columbus, OH 43219

Eric Bunting
10731 LeConte Ave.
LosAngeles CA  90024

Family Portrait Studios S Jersey

FC Marion LLC aka Garth Organization
C/O Maquina Realty
8900 Keystone Crossing Blvd St 650
Indianapolis, IN 46240

Fish Window Cleaning
POB 1895
Rockwall, TX 75087

Frame Specialties
28417 Laura Ct
Elkhart, IN 46517

Ft Wayne Kids LLC
C/O Brian Baker
9630 Claymount Lane
Fishers, IN 46038

George and Sandra Weiksner
164 E 81st St
New York, NY 10028

Gregory R and Delia Staley
286 Autumn Terr
Franklin Lakes, NJ 74117

1517717.1

Indianapolis Power & Light
POB 110
Indianapolis, IN 46206

Indianapolis Power & Light
POB 110
Indianapolis, IN 46206

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114

Konvergent Holdings Inc

K L Haas Photography Inc
C/O Kris Haas
432 Oak St
Palatine, IL 60067

Marco Island Capital LLC
1001 Phoenix St
Danville, CA 94056

L Henry Edmunds Jr
130 N Roberts Rd
Bryn Mawr, PA 19010

MJC Portraits Inc
C/O Melissa Cassidy
1418 Commons Dr
Geneva, IL 60134

Mission Mechanical Corp
1508 E 80th St
Ste 335
Indianapolis, IN 46240

Ohio Fire & Safety Co
POB 8367
Columbus, OH 43210

Nicholas Weiksner
Ephesus Capital Partners LLC
106 Barbaree Way
Tiburon, CA  94920

Paschal Paschal and Schroder LLC
2300 Sir Barton Way
Lexington, KY 40509

Paschal and Paschal LLC
C/O Tim Paschal
8703 Sargent Creek Lane
Indianapolis, IN 46256

Philadelphia Kids Studios LLC
C/O Donna Brennan
104 Gerstley Rd
Hatboro, PA 19040

1517717.1

Peterson Ventures II LLC
2825 E Cottonwood Pkwy
Ste 400
Salt Lake City, UT 84121

Photosculpture By Ajay
754 Bonita Dr
White Lake, MI 48383

Rock Wood Equity Partnership Fund
3201 Enterprise Pkwy
Ste 370
Beachwood, OH 44122

Search Fund Partners 2
885 Oak Grove
Ste 102
Menlo Park, CA 94025

TS3 Inc
C/O Steve Bracken

Richard C. Friedman
Assistant U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL  60604

Simon Property Group, Inc.
Attn:  Ronald M. Tucker, Esquire
225 West Washington Street
Indianapolis, IN  46204

R n R Colour Inc

Rainbow Window Cleaning
6753 Woodcliff Circle
Zionsville, IN 46077

Republic Waste Services
832 Langsdale Ave
Indianapolis, IN 46202

Sean Arnold
51 Eaton Place
Flat 1
London SW1X8DE

Simon Property Group
Firewheel Mall
225 Washington St
Indianapolis, IN 46204

Wheaton Portrait Studios LLC
C/O Hus Holland
222 E Harrison Ave
Wheaton, IL 60187

Paula K. Jacobi
Barnes & Thornburg LLP
One N Wacker Drive
Suite 4400
Chicago, IL 60606