UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| **Ephesus Capital Partners LLC**, | ) | Case No. 08 B10425 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black |
| | ) | |

## ORDER ENTERING FINAL DECREE AND CLOSING CASE

This matter coming to be heard on the status hearing on Debtor's confirmed plan, for the reasons stated from the bench,

IT IS HEREBY ORDERED that pursuant to Local Rule 3022-1 cause exists for excusing additional notice and for entering a final decree closing this case and, therefore, a final decree closing this case is hereby entered; and

IT IS FURTHER ORDERED that the Clerk close this case forthwith.

DATED: ~~December 16, 2009~~

2 3 DEC 2009

ENTER: _____

Bruce W. Black
United States Bankruptcy Judge